# New York Chocolate and Confection Co
## Preliminary Balance Sheet
### As of April 14, 2010

|  | Apr 14, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1111 · Petty Cash FSB | 966.20 |
| 1141 · Payroll FSB (Payroll Account) | 25,530.33 |
| 1101 · Corporate Checking Account (Fulton Savings Bank) | 327.28 |
| **Total Checking/Savings** | 26,823.81 |
| **Other Current Assets** | |
| 1197 · Due from LCM_Banet | 131,780.71 |
| 1198 · Allowance for Doubtful Account | -131,780.71 |
| **Total Other Current Assets** | 0.00 |
| **Total Current Assets** | 26,823.81 |
| **Fixed Assets** | |
| 1710 · Land | 7,000.00 |
| 1720 · Building | 131,921.41 |
| 1730 · Building Improvements | 450,626.47 |
| 1770 · Machinery and Equipment | 12,851,195.60 |
| 1780 · Furniture & Fixtures | 78,194.00 |
| 1790 · Vehicles | 62,573.46 |
| 1820 · Accumulated Deprec. Building | -21,284.27 |
| 1830 · Accumulated Dep Building Imp | -35,149.40 |
| 1870 · Accumulated Deprec Mach & Equip | -11,175,392.89 |
| 1880 · Accumulated Deprec Furn & Fixtu | -77,292.99 |
| 1890 · Accumulated Dep Vehicles | -62,573.38 |
| **Total Fixed Assets** | 2,209,818.01 |
| **Other Assets** | |
| 1902 · Deposit | 67,250.00 |
| 1620 · Prepaid Insurance | 114,849.93 |
| 1640 · Prepaid Property Taxes | 138,039.16 |
| **Total Other Assets** | 320,139.09 |
| **TOTAL ASSETS** | **2,556,780.91** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 465,005.28 |
| **Total Accounts Payable** | 465,005.28 |
| **Other Current Liabilities** | |
| 2100 · Payroll Liabilities | 11,532.88 |
| 2400 · Accrued Payroll | 35,838.25 |
| **Total Other Current Liabilities** | 47,371.13 |
| **Total Current Liabilities** | 512,376.41 |
| **Long Term Liabilities** | |
| 2725 · Hud Loan | 456,776.01 |
| **Total Long Term Liabilities** | 456,776.01 |
| **Total Liabilities** | 969,152.42 |
| **Equity** | |
| 3010 · Treasury Stock | -500,000.00 |
| 31000 · Total Paid In Capital | |
| 3102 · Add'l Paid in Capital FY10 | 889,944.00 |
| 3101 · Add'l Paid in Capital FY09 | 4,399,956.10 |
| 3100 · Add Pd in Capital | 36,592,365.97 |
| 3099 · Initial Paid in Capital | 3,735,577.80 |
| **Total 31000 · Total Paid In Capital** | 45,617,843.87 |

# New York Chocolate and Confection Co
## Preliminary Balance Sheet
### As of April 14, 2010

|  | Apr 14, 10 |
|---|---|
| 3900 · Retained Earnings | -42,069,610.89 |
| Net Income | -1,460,604.49 |
| **Total Equity** | 1,587,628.49 |
| **TOTAL LIABILITIES & EQUITY** | **2,556,780.91** |